PROB 12C
(7/93)

Report Date: October 13, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 14 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Martin Shawl          Case Number: 0980 2:13CR00030-LRS-1

Address of Offender:                    Omak, Washington 98841

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 10, 2013

| | | |
|---|---|---|
| Original Offense: | Failing to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 34 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: August 25, 2015 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: August 24, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition**: While on supervised release, the defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On September 13, 2015, Mr. Shawl violated conditions of supervision by being placed under arrest in Okanogan County Washington, for charges of driving under the influence and hit and run unattended vehicle. |
| 2 | **Special Condition # 15**: You shall complete a sex offender evaluation, which may include psychological and polygraph testing. You shall pay according to your ability and allow the reciprocal release of information between the treatment provider and supervising officer. |
| | **Supporting Evidence**: Mr. Shawl violated conditions of supervision in Okanogan County, Washington, by failing to participate in an sex offender evaluation. On October 8, 2015, the treatment provider with whom Mr. Shawl was to schedule his evaluation with reported that the offender has not contacted him to schedule said appointment. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Shawl, William Martin**
**October 13, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/13/2015

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

10/14/15

Date