PROB 12C
(7/93)

Report Date: November 2, 2015

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV - 3 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Martin Shawl                    Case Number: 0980 2:13CR00030-LRS-1

Address of Offender:                    Omak, Washington  98840

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 10, 2013

Original Offense:        Failing to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:       Prison - 34 months;              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Matthew F. Duggan                Date Supervision Commenced: August 25, 2015

Defense Attorney:        Federal Defender's Office        Date Supervision Expires: August 24, 2018

## PETITIONING THE COURT

**To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 13, 2015.**

Violation Number        Nature of Noncompliance

3               **Mandatory Condition # 3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Court.

                **Supporting Evidence**: On October 30, 2015, while at the Okanogan County Jail, after being arrested on a Washington State Department of Corrections  (DOC) warrant, Mr. Shawl signed a DOC drug use admission form admitting to the use of methamphetamine and marijuana on or around October 28, 2015.

4               **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

                **Supporting Evidence**: At the time of his arrest on the DOC warrant on October 30, 2015, Mr. Shawl was found in the company of a Level I sex offender who is on DOC supervision for an assault conviction. The DOC has identified the individual as Mr. Shawl's brother-in-law, who was previously on federal supervision with the U.S. Probation Office.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 13, 2015.

Prob12C
**Re: Shawl, William Martin**
**November 2, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/02/2015

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

11/3/15

Date