PROB 12C
(7/93)

Report Date: December 17, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 21 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Martin Shawl                Case Number: 2:13CR00030-LRS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮  Omak, Washington  98841

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 10, 2013

Original Offense:       Failing to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:      Prison - 34 months;              Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Matthew F. Duggan                Date Supervision Commenced: August 25, 2015

Defense Attorney:       Meredith B. Esser                Date Supervision Expires: August 24, 2018

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously admitted to the Court on 12/15/2015

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.<br><br>**Supporting Evidence**: On December 15, 2015, the Court released Mr. Shawl and directed him to report to his home and remain at the residence until location monitoring is established by the U.S. Probation Office.  Mr. Shawl failed to return directly to his residence upon his release from custody on December 15, 2015, and was not at his residence on December 16, 2015, when the undersigned attempted to make contact for the purpose of establishing location monitoring. |

Prob12C
Re: Shawl, William Martin
December 17, 2015
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/17/2015

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/21/15
Date