PROB 12C
(7/93)

Report Date: January 25, 2016

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 25 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: William Martin Shawl         Case Number: 2:13CR00030-LRS-1

Address of Offender: ███████████ Omak, Washington 98841

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 10, 2013

Original Offense:   Failing to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:   Prison - 34 months;                Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Matthew F. Duggan           Date Supervision Commenced: August 25, 2015

Defense Attorney:      Meredith B. Esser           Date Supervision Expires: August 24, 2018

## PETITIONING THE COURT

To issue a Warrant and incorporate the violation(s) contained in the petition in future proceedings with the violation(s) previously admitted to the Court on December 15 and December 21, 2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |
| | **Supporting Evidence**: On January 8 and 19, 2016, Mr. Shawl was specifically directed to avail himself by telephone at all times.  Mr. Shawl has been repeatedly non-responsive to attempts to contact him. |
| 7 | **Special Condition #24:** Defendant is restricted to his residence every day from 7:00 p.m. to 7:00 a.m.  Any absence during the specified times requires advance approval of the supervising officer. |
| | **Supporting Evidence:** The offender had multiple unauthorized leaves outside of his ordered curfew on January 15, 16, 17, 18, and 22nd, 2016. |
| 8 | **Special Condition #15:** You shall complete a sex offender evaluation, which may include psychological and polygraph testing. You shall pay according to your ability and allow the reciprocal release of information between the treatment provider and supervising officer. |

**Supporting Evidence:** The offender violated his conditions of supervised release by failing to schedule the sex offender evaluation as directed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/25/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case. *or to other Judge if original Judge not available*
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/25/16
Date