PROB 12C
(6/16)

Report Date: January 4, 2017

# United States District Court

for the

## Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN - 4 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Martin Shawl   Case Number: 0980 2:13CR00030-LRS-1

Address of Offender: ███████████████ Omak, Washington 98841

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 10, 2013

Original Offense:   Failing to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:   Prison - 34 months   Type of Supervision: Supervised Release
                     TSR - 36 months

Revocation Sentence   Prison - 13 months
(March 8, 2016)       TSR - 23 months

Asst. U.S. Attorney:   Matthew F. Duggan   Date Supervision Commenced: December 15, 2016

Defense Attorney:   Federal Defenders Office   Date Supervision Expires: November 14, 2018

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall complete a sex offender evaluation, which may include psychological and polygraph testing. You shall pay according to your ability and allow the reciprocal release of information between the treatment provider and supervising officer.<br><br>**Supporting Evidence**: On January 4, 2017, the undersigned spoke to the sex offender treatment provider's office and was advised that the offender had failed to contact them. |
| 2 | **Special Condition # 19**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising officer.<br><br>**Supporting Evidence**: On January 4, 2017, the undersigned spoke to the Okanogan County Sheriff's Office who advised that the offender has failed to report to complete his sex offender registration. |
| 3 | **Special Condition # 20**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. |

You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On January 3, 2017, the undersigned spoke to the substance abuse treatment provider and was advised that the offender has failed to contact them.

4     **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Okanogan Behavioral Health (OBH) has reported that the offender failed to report for random urinalysis tests on December 17 and 30, 2016.

5     **Special Condition # 22**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On December 19, 2016, the offender reported to the Washington State Department of Corrections (DOC) in Omak, Washington, where he is being simultaneously supervised, and registered a .031 on the Breathalyzer. The offender was then taken into custody for a 1-day sanction hold for the alcohol consumption, and for failing to report to DOC on December 16, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 4, 2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/4/17
Date